# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| R.A.C-H., | : |
| Petitioner, | : |
| v. | : Case No. 4:25-cv-23-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| RUSSELL WASHBURN, *et al.*, | : |
| Respondents. | : |

## ORDER

On February 18, 2025, Respondents filed a motion to dismiss (ECF No. 4) Petitioner's application for habeas relief (ECF No. 1). Respondents noted that Petitioner had been moved from Stewart Detention Center to a facility in El Paso, Texas, in preparation for Petitioner's removal. Resp'ts' Mot. to Dismiss 2-3, 9, ECF No. 4. As of March 24, 2025, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed Mar. 24, 2025). Consequently, Respondents are ordered to provide a status report with updated information regarding Petitioner's current location within seven days.

**SO ORDERED**, this 24th day of March, 2025.

                                                 s/ *Amelia G. Helmick*
                                                 UNITED STATES MAGISTRATE JUDGE